# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | VIOLATION NUMBER: |
| Plaintiff, | Violation: E1102852 |
| | PO-22-5118 |
| vs. | LOCATION CODE: M13 |
| Lin Torgerson, | **ORDER** |
| Defendant. | |

Upon Motion by the Government at the Initial Appearance on September 30, 2022, IT IS HEREBY ORDERED that this case is DISMISSED.

DATED this 6th day of October, 2022.

_____
John Johnston
United States Magistrate Judge